### (January 25, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR LYLE FOSTER, Appellant.— Judgment insofar as it imposes sentence unanimously reversed, on the law, and matter remitted to Erie County Court for resentencing, and otherwise judgment affirmed. Memorandum: The matter is remitted solely for the purpose of resentence in compliance with CPL 380.50 (*People ex rel. Miller* v. *Martin,* 1 N Y 2d 406; *People* v. *Herndon,* 41 A D 2d 698). We have considered the remaining contentions of the appellant and find that they are without merit. (Appeal from judgment of Erie County Court convicting defendant of attempted robbery, third degree.) Present — Marsh, P. J., Cardamone, Simons, Mahoney and Goldman, JJ.